UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Plymouth General Hospital     Case No. 79-43461-TJT

                              Chapter 7

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Seven Thousand Nine Hundred seventy-four and 97/100 dollars (7,974.97) of unclaimed funds held in the U.S. Treasury to:

Baxter International, Inc
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

.

**Signed on August 01, 2013**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge